UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CARRIE NAVARRE-MYERS** | : | **CASE NO. 2:23-CV-00322** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **WILLIAM RYAN NAVARRE ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 39] of the Magistrate Judge, recommending that the motion to remand filed by plaintiff, Carrie Navarre-Myers [doc. 11] be granted. The Report and Recommendation [doc. 39] of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that Plaintiff's Motion to Remand is **GRANTED**, and that the above-captioned action be, and hereby is, **REMANDED** to the state court from which it was removed.

In the motion to remand, Plaintiff requested that the court award her the "just costs and any actual expenses, including attorney fees, incurred as a result of the removal" in accordance with 28 U.S.C. § 1447(c), and the Report and Recommendation of the Magistrate Judge recommends that such costs, expenses, and fees be awarded. Plaintiff shall file a formal motion seeking that relief, supported by a detailed itemization providing

- 2 -

the court the information, in verified form, the court will need to evaluate necessity and reasonableness of whatever fees and costs plaintiff seeks to recover and facts justifying the relief.  Accordingly,

**IT IS FURTHER ORDERED** that Plaintiff shall file such motion for costs, expenses, and fees under 28 U.S.C. § 1447(c) by April 2, 2024.  If Defendants wish to oppose that relief, they must file their response in opposition by April 9, 2024.  The court will retain jurisdiction over the collateral matter of the award of attorneys' fees after this matter has been remanded.  *Feria v. Winn-Dixie Montgomery, L.L.C.*, 753 F. App'x 323, 324 (5th Cir. 2019).

**THUS DONE AND SIGNED** in Chambers on the 21st day of February, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**